

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Asucena Juarez-Cruz <br> Defendant. | Case No.: CR 08-1522-R <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence by ∆; no bond ordered by D.J.; no resources___

1    _previous FTA's, including here_

4    and/or

5 B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _no evidence by ∆_

14    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: 1/26/11

_[signature]_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE