

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 08-1522 - R |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Asucena Juarez-Cruz | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 6/22/2012

*John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2