

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>Asucena Jumez-Cruz<br><br>          Defendant. | Case No. CR 08-1522-R<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation or<br>Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    (X)    the appearance of the defendant as required; and/or

    B.    ( )    the safety of any person or the community.

1    The Court concludes that :

2  A.    (X)    Defendant failed to present clear and convincing evidence to

3    establish that Defendant is not a risk of flight because:

4

5    TORMINATION AT RRC

6

7

8

9  B.    ( )    Defendant failed to present clear and convincing evidence to

10    establish that Defendant does not pose a risk to the safety of other

11    persons or the community because:

12

13

14

15

16

17    IT IS ORDERED that defendant be detained.

18

19  DATE: 10/15____, 2013

20

21    HON. MICHAEL R. WILNER

22    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2